UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

CASE NO.: **11-31411-AJC**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Roxana Rodriguez                    CO-DEBTOR: _____
Last Four Digits of SS# xxx-xx-5733         Last Four Digits of SS# _____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

A. $ 250.00 for months 1 to 60 ;
B. $_____ for months ____ to ____ ;
C. $_____ for months ____ to ____ in order to pay the following creditors:

Administrative:    Attorney's Fee   $ 3,750.00
                   TOTAL PAID       $ 1,800.00
                   Balance Due      $ 1,950.00   payable $ 162.50 month (Months 1 to 12 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. n/a _____   Arrearage on Petition Date $ _____
Address _____    Arrears Payment $_____/month (Months____ to ___)
_____    Arrears Payment $_____/month (Months____ to ___)
_____    Regular Payment $_____/month (Months____ to ___)

2._____    Arrears Payment $_____
_____    Arrears Payment $_____/month (Months____ to ___)
_____    Regular Payment $_____/month (Months____ to ___)
                                  Arrears Payment $_____/month (Months____ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
|  |  | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. n/a _____   Total Due $_____
                                  Payable $_____/month (Months ____ to ___)

Unsecured Creditors: Pay $ 62.50 month (Months 1 to 12 ). Pay $225.00/mo (Mos 13 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : The debtor is paying IBM Lender Bussiness Process Service, Inc (Loan#xxxx8180). Ocwen Loan Service. LLC (Loan No. xxx1507) and Les Fointains Condo Assoc (Loan#xxxxxx204)

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor _[signature]_              Joint Debtor _____
Date: 08/04/11                    Date: _____

LF-31 (rev. 06/02/08)